ments of error will not be considered a sufficient reason for granting an application for leave to file amended assignments of error, and ought not to be so considered in the trial court. The parties should make the necessary notes during the trial to enable them to prepare sufficient assignments of error. If the making of proper assignments requires a transcript of a portion of the record, such transcript should be procured during the trial or immediately thereafter.

In view of the fact that the appellants have been lulled into false security by the stipulation of the district attorney with relation to the assignments of error, we feel that the appellants should be permitted to present some of the assignments with relation to the admission or rejection of evidence. We think that this may be done effectively by the selection of some of the typical questions involved. For that reason, the appellants will be permitted to file ten additional assignments of error to be selected from those proposed in the application for leave to file additional assignments of error.

Clifton Mathews, U. S. Atty., of Phœnix, Ariz.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

WILBUR, Circuit Judge.

Daniel H. Shreve asks leave to file a petition for writ of mandamus against Albert M. Sames, United States District Judge for the District of Arizona, commanding him to rescind an order made with relation to the settlement of the bill of exceptions striking certain matters out of the petitioners' proposed bill of exceptions. The application is denied. The writ of mandamus cannot be used to control the discretion of the trial judge in settling a bill of exceptions. In re Bradstreet, 29 U. S. (4 Pet.) 102, 105, 7 L. Ed. 796; In re Richardson (C. C. A.) 30 F. (2d) 687; Dunagan v. Appalachian Power Co. (C. C. A.) 29 F.(2d) 58; Scaife v. West N. C. Land Co. (C. C. A.) 87 F. 308.

### SHREVE et al. v. UNITED STATES.
#### No. 7469.

Circuit Court of Appeals, Ninth Circuit.
Nov. 9, 1934.

Charles C. Crouch, of San Diego, Cal., and Leslie C. Hardy, of Tucson, Ariz., for petitioners.

### R. M. HOLLINGSHEAD CO. v. BASSICK MFG. CO.
#### No. 6419.

Circuit Court of Appeals, Sixth Circuit.
Nov. 14, 1934.

